UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-02070-DFM | Date: | November 13, 2026 |
| Title | Armin Saheb v. Transdev Alternative Services, Inc. et al. | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER VACATING DATES AND ORDER TO SHOW CAUSE RE DISMISSAL**

This case is on the Court's calendar for a jury trial beginning December 7, 2026. See Dkt. 20. The Final Pretrial Conference is scheduled for November 19, 2026. See id. On October 23, 2026, the Court ordered the parties to file a joint status report within five (5) court days advising the Court of the status of the current trial date. See Dkt. 24. The parties did not file the Court-ordered status report or otherwise respond to the October 23, 2026 Order. The parties have not filed anything in this case since February 2026.

The Court will not keep a case on its trial calendar when the parties are non-responsive. Accordingly, the Final Pre-Trial Conference set for November 19, 2026 and the jury trial date of December 7, 2026 are hereby **VACATED** pending further Court order.

A district court may dismiss an action for failure to prosecute or to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-31 (1962).

Plaintiff is **ORDERED TO SHOW CAUSE**, in writing and no later than seven (7) days from the date of this Order, why this action should not be dismissed with prejudice for failure to comply with the Court's October 23, 2026 Order and for failure to prosecute.

The timely filing of a stipulation of or a request for dismissal per Federal Rule of Civil Procedure 41(a) within the seven-day period will discharge this Order to Show Cause, and no separate written response will be required. Alternatively, Plaintiff may file a written response setting forth good cause why this action should not be dismissed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Plaintiff is cautioned that the failure to respond to this Order within the time permitted will be deemed consent to dismissal of this action and will result in dismissal of this action with prejudice and the entry of judgment without further notice. See L.R. 7-12.**